# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RICHARD PAUL GLUNK, | : | |
| | : | |
| Debtor. | : | Case No. 05-31656-KCJ |

## NOTICE OF MOTION AND HEARING DATE

Daniel H. Fledderman and Colleen M. Fledderman, Co-Administrators of the Estate of Amy Marie Fledderman, and Colleen M. Fledderman in her own right, have filed a Motion to Dismiss Debtor's Bankruptcy Case Pursuant to Pursuant to 11 U.S.C. 707(a).

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before December 19, 2005, you or your attorney must do all of the following:

    (a) file an objection explaining your position at:

    U.S. Bankruptcy Court, Eastern District of Pennsylvania
    900 Market Street, Suite 400
    Philadelphia, PA 19107-4299

    If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to Movants' attorney:

    Brian R. Elias, Esquire
    Elliott Greenleaf & Siedzikowski, P.C.
    Union Meeting Corporate Center V
    925 Harvest Drive, Suite 300
    Blue Bell, PA 19103
    215-977-1044
    Fax 215-977-1099

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

   3. A hearing on the motion is scheduled to be held before the Honorable Kevin J. Carey on January 18, 2005 at 10:00 a.m. in Courtroom # 1, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299.

   4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

   5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an objection.

Date:  November 29, 2005

**OF COUNSEL:**

| | |
|---|---|
| **ELLIOTT GREENLEAF**<br>**& SIEDZIKOWSKI, P.C.** | s/ Brian R. Elias<br>KEVIN S. ANDERSON<br>BRIAN R. ELIAS<br>Union Meeting Corporate Center V<br>P.O. Box 3010<br>925 Harvest Drive, Third Floor<br>Blue Bell, PA 19422<br>(215) 977-1000<br>(215) 977-1099 fax<br><br>Attorneys for Daniel H. Fledderman and Colleen M. Fledderman, Co-Administrators of the Estate of Amy Marie Fledderman, and Colleen M. Fledderman in her own right |